**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1906**

MAI CHAPPEL,

    Plaintiff - Appellant,

  v.

SPIVEY SHELTON; SARAH SPIVEY,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:22-cv-00174-MSD-LRL)

Submitted:  December 20, 2022     Decided:  December 22, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Mai Chappel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mai Chappel appeals the district court's order dismissing her civil complaint for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Chappel's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We therefore modify the district court's dismissal order to reflect that the dismissal is without prejudice, and we affirm the dismissal as modified. *See* 28 U.S.C. § 2106; *Ali v. Hogan*, 26 F.4th 587, 600 (4th Cir. 2022) (explaining that dismissal for lack of subject matter jurisdiction must be without prejudice).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

2